IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMMY H. GALBREATH,  )
                                )
      Plaintiff,  )
                                )    Civil No. 04-1001-HU
v.  )
                                )    O R D E R
JO ANNE B. BARNHART,  )
Commissioner of Social Security,  )
                                )
      Defendant.  )
_____)

      Tim Wilborn
      Wilborn & Associates, P. C.
      2020-C S. W. 8th Avenue, PMB #294
      West Linn, Oregon 97068-4612

            Attorney for Plaintiff

      Karin J. Immergut
      United States Attorney
      District of Oregon
      Craig J. Casey
      Assistant United States Attorney
      1000 S. W. Third Avenue, Suite 600
      Portland, Oregon 97204-2902

Page 1 - ORDER

Stephanie R. Martz
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on June 30, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#15).

IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED. This action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing as explained in the Findings and Recommendation.

DATED this __3rd__ day of August, 2005.

      /s/ Garr M. King
      GARR M. KING
      United States District Judge